## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GURWINDER SINGH BOORA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1156-SLP |
| | ) | |
| WARDEN OF DIAMONDBACK | ) | |
| CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Suzanne Mitchell [Doc. No. 10]. The Magistrate Judge recommends that the Court deny Petitioner's Emergency Motion for Temporary Restraining Order and Request for Immediate Release [Doc. No. 6] for failure to comply with the requirements of Fed. R. Civ. P. 65(b). R&R [Doc. No. 10] at 1-2. The Magistrate Judge advised the parties of their right to object to the R&R and directed that any objections be filed on or before June 4, 2026. *Id.* at 2-3. The parties were further advised that any failure to object would waive the Parties' right to appellate review of the factual and legal issues addressed in the R&R. *Id.* at 3. None of the parties have filed an objection, nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the parties have waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 10] is ADOPTED in its entirety

and Emergency Motion for Temporary Restraining Order and Request for Immediate Release [Doc. No. 6] is DENIED.

IT IS SO ORDERED this 5th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

2