## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GURWINDER SINGH BOORA,    )
                          )
  Petitioner,   )
                          )
v.                        )
                          )    Case No. CIV-26-1156-SLP
WARDEN OF DIAMONDBACK     )
CORRECTIONAL FACILITY,    )
et al.,                   )
                          )
  Respondents.  )

## ORDER TO CURE DEFICIENCIES

Before the Court is Petitioner's motion for leave to appear pro hac vice and for leave to appear without local counsel, Doc. 16. Petitioner moves for pro hac vice admission of counsel Himanshu Khatri. *Id*. Petitioner's motion is not on the Court-supplied pro hac vice form. *See* LCvR 83.2(g). Additionally, Petitioner asks the Court to waive the local counsel requirement, but he has not certified that he is familiar with the Court's local rules. *See* LCvR 83.3(c).

Counsel shall cure these deficiencies by **June 29, 2026**. Failure to comply with this Order may result in the Court dismissing the pro hac vice motion. The Court directs the Clerk of Court to send Petitioner and his counsel, Mr. Khatri, the forms necessary to comply with this Order.

**SO ORDERED** this 24th day of June, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE